Commonwealth *v.* Dock, Appellant.

Argued September 18, 1973. *Andrew K. Parker,* with him *Parker & Cohen,* for appellant; *E. Eugene Brosius,* private prosecutor, for appellee.

Order affirmed.

SPAULDING, J., absent.

Commonwealth *v.* Dunbar, Appellant.

Submitted September 20, 1973. *Neil E. Jokelson,* for appellant; *David Richman,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.